**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C5,** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| | § | **CIVIL ACTION NO. 4:13-cv-00157** |
| **Plaintiff,** | §<br>§ | |
| **v.** | §<br>§ | |
| **ALLIANCE PP2 FX4 LIMITED PARTNERSHIP,** | §<br>§<br>§ | |
| | § | |
| **Defendant.** | § | |

**RECEIVER'S THIRD REPORT AND THIRD APPLICATION FOR PAYMENT**

COMES NOW Kenneth Polsinelli, Receiver ("Receiver") in the above styled and numbered cause and, pursuant to the Agreed Order Appointing Receiver signed by the Court on January 23, 2013 ("Receivership Order"), files this Third Report and Third Application for Payment.

**I.      RECEIVER'S THIRD REPORT**

1.      Pursuant to Receivership Order, Receiver submits to the Court this Third Report for the Real Properties listed in the Receivership Order.  This Third Report pertains to the Real Properties comprising the receivership as of April 30, 2013 as more fully set forth on the April consolidated management report which is attached as Exhibit "A" and the individual April reports for each of the Real Properties which are attached as Exhibits "B" – "U".

**II.      THIRD APPLICATION FOR PAYMENT**

1.      Pursuant to the Receivership Order, Receiver submits this Third Application for Payment of Receiver and his retained professionals.

RECEIVER'S THIRD REPORT AND THIRD APPLICATION FOR PAYMENT          – Page 1

A.    Receiver - $15,000.00 per month;

B.    Blackwell, Blackburn & Stephenson, L.L.P. – $1,879.50 in attorneys' fees and legal expenses, as set forth on Exhibit "V", which is attached hereto and incorporated herein by reference.

2.    In accordance with and as authorized by the Receivership Order, Receiver hereby submits the invoice for legal services that appears in Exhibit "V" attached hereto.  In accordance with the Receivership Order, unless a party files a written motion objecting to the payment of a periodic invoice for professional services within ten (10) calendar days of receipt of the invoice, Receiver shall be authorized to pay the invoice from the assets held in receivership without further order of the Court.

Respectfully submitted,

BLACKWELL, BLACKBURN & STEPHENSON, LLP

*//s// Robert Blackwell*
Robert Blackwell
Texas Bar No. 24001744
Southern District
of Texas Bar Number 556281
7557 Rambler Road, Suite 1400
Dallas, TX 75231
Telephone:  (214) 442-9602
Facsimile:  (214) 442-9621

ATTORNEY FOR RECEIVER

## CERTIFICATE OF SERVICE

On June 10, 2013, a copy of the foregoing document was served electronically through the Court's ECF system on Plaintiff and Defendant through their respective counsel of record.

*//s// Robert Blackwell*
Robert Blackwell