IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C5, § § § § § § § § | |
| | CIVIL ACTION NO. 4:13-cv-00157 |
| Plaintiff, § § | |
| v. § § § | |
| ALLIANCE PP2 FX4 LIMITED PARTNERSHIP, § § § § | |
| Defendant. § | |

## RECEIVER'S FOURTH REPORT AND FOURTH APPLICATION FOR PAYMENT

COMES NOW Kenneth Polsinelli, Receiver ("Receiver") in the above styled and numbered cause and, pursuant to the Agreed Order Appointing Receiver signed by the Court on January 23, 2013 ("Receivership Order"), files this Fourth Report and Fourth Application for Payment.

### I.   RECEIVER'S FOURTH REPORT

1. Pursuant to Receivership Order, Receiver submits to the Court this Fourth Report for the Real Properties listed in the Receivership Order.  This Fourth Report pertains to the Real Properties comprising the receivership as of May 31, 2013 as more fully set forth on the May consolidated management report which is attached as Exhibit "A" and the individual May reports for each of the Real Properties which are attached as Exhibits "B" – "U".

### II.   FOURTH APPLICATION FOR PAYMENT

1. Pursuant to the Receivership Order, Receiver submits this Fourth Application for Payment of Receiver and his retained professionals.

**RECEIVER'S FOURTH REPORT AND FOURTH APPLICATION FOR PAYMENT**   – Page 1

  A. Receiver - $15,000.00 per month; and

  B. Blackwell, Blackburn & Stephenson, L.L.P. – $21,068.83 in attorneys' fees and legal expenses, as set forth on <u>Exhibit "V"</u>, which is attached hereto and incorporated herein by reference.

 2. In accordance with and as authorized by the Receivership Order, Receiver hereby submits the invoice for legal services that appears in <u>Exhibit "V"</u> attached hereto. In accordance with the Receivership Order, unless a party files a written motion objecting to the payment of a periodic invoice for professional services within ten (10) calendar days of receipt of the invoice, Receiver shall be authorized to pay the invoice from the assets held in receivership without further order of the Court.

    Respectfully submitted,

    BLACKWELL, BLACKBURN & STEPHENSON, LLP

    <u>//s// Robert Blackwell</u>
    Robert Blackwell
    Texas Bar No. 24001744
    Southern District
    of Texas Bar Number 556281
    7557 Rambler Road, Suite 1400
    Dallas, TX 75231
    Telephone: (214) 442-9602
    Facsimile: (214) 442-9621
    ATTORNEY FOR RECEIVER

## <u>CERTIFICATE OF SERVICE</u>

On June 27, 2013, a copy of the foregoing document was served electronically through the Court's ECF system on Plaintiff and Defendant through their respective counsel of record.

    <u>//s// Robert Blackwell</u>
    Robert Blackwell