IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CSMC 2006-CS SOUTHEAST APARTMENTS, LLC, § § § Plaintiff, § § v. § ALLIANCE PP2 FX4 LIMITED § PARTNERSHIP, § § Defendant. § | CIVIL ACTION NO. 4:13-cv-00157 |

**RECEIVER'S FINAL REPORT FOR THE NINE REMAINING TEXAS PROPERTIES AND FINAL APPLICATION FOR PAYMENT**

COMES NOW Kenneth Polsinelli, Receiver ("Receiver") in the above styled and numbered cause and, pursuant to the Agreed Order Appointing Receiver signed by the Court on January 23, 2013 ("Receivership Order") and the Agreed Order granting the Agree Motion to Remove the Nine Remaining Texas Properties ("Agreed Order") entered by the Court on August 1, 2013, files this Final Report for the Nine Remaining Texas Properties and Final Application for Payment.

### I.   RECEIVER'S FINAL REPORT

1. Pursuant to Receivership Order, Receiver submits to the Court this Final Report for the Nine Remaining Texas Properties listed in the Receivership Order.[1] This Final Report pertains to the Nine Remaining Texas Properties for the months of June 2013 through October 2013 (as well as an overall summary for all of the receivership properties) as more fully set forth on the consolidated management reports which are attached as Exhibit "A" and the final

---

[1] The Nine Remaining Texas Properties are: (1) Park on Rosemeade Apartments, 4141 Rosemeade Parkway, Dallas, Texas 75287; (2) Westwood Village Apartments, 4310 W. Northgate, Irving, Texas 75062; (3) The Pinnacle Apartments, 146 Valley View Drive, Lewisville, Texas 75067; (4) Cedarbrook Apartments, 3750 Rosemeade Parkway, Dallas, Texas 75287; (5) Crystal Bay Apartments, 2323 West Bay Area Boulevard, Webster, Texas 77598; (6) Savoy Manor Apartments, 5915 Flintlock, Houston, Texas 77040; (7) Southpoint Apartments, 12801 Roydon Drive, Houston, Texas 77040; (8) Wolf Creek Apartments, 16100 Space Center Drive, Houston, Texas 77062; and (9) Shadow Creek Apartments, 6715 Buenos Aires Drive, N. Richland Hills, Texas 76180.

**RECEIVER'S FINAL REPORT FOR THE REMAINING NINE TEXAS PROPERTIES
AND FINAL APPLICATION FOR PAYMENT** – Page 1

individual reports for each of the Nine Remaining Texas Properties which are attached as Exhibits "B" – "J".

## II.   FINAL APPLICATION FOR PAYMENT

1.   Pursuant to the Receivership Order, Receiver submits this Final Application for Payment of Receiver and his retained professionals.

    A.   Receiver - $33,750.00 for the months of June 2013 through October 2013; and

    B.   Blackwell, Blackburn & Stephenson, L.L.P. – $23,968.90 in attorneys' fees and legal expenses for the months of June 2013 through October 2013, as set forth on Exhibit "K", which is attached hereto and incorporated herein by reference.

2.   In accordance with and as authorized by the Receivership Order, Receiver hereby submits the invoice for legal services that appears in Exhibit "K" attached hereto. In accordance with the Receivership Order, unless a party files a written motion objecting to the payment of a periodic invoice for professional services within ten (10) calendar days of receipt of the invoice, Receiver shall be authorized to pay the invoice from the assets held in receivership without further order of the Court.

Respectfully submitted,

BLACKWELL, BLACKBURN & STEPHENSON, LLP

*//s// Robert Blackwell*
Robert Blackwell
Texas Bar No. 24001744
Southern District
of Texas Bar Number 556281
7557 Rambler Road, Suite 1400
Dallas, TX 75231
Telephone: (214) 442-9602
Facsimile: (214) 442-9621
ATTORNEY FOR RECEIVER

## CERTIFICATE OF SERVICE

On November 5, 2013, a copy of the foregoing document was served electronically through the Court's ECF system on Plaintiff and Defendant through their respective counsel of record.

*//s// Robert Blackwell*
Robert Blackwell